Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18−28040−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jean L Withers  
2 Ivy Lane East  
East Windsor, NJ 08520

John L Withers  
2 Ivy Lane East  
East Windsor, NJ 08520

Social Security No.:
  xxx−xx−9334                                    xxx−xx−0877

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on November 22, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: ckk

                                                                       Jeanne Naughton
                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 18-28040-MBK
Jean L Withers                                                      Chapter 13
John L Withers
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2             Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db/jdb         +Jean L Withers,   John L Withers,   2 Ivy Lane East,   East Windsor, NJ 08520-2215
cr             +WELLS FARGO USA HOLDINGS, INC.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
517747272      +Cap1/l&t,   Po Box 30253,   Salt Lake City, UT 84130-0253
518238700       MTGLQ Investors, LP,   C/O Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708
518238701      +MTGLQ Investors, LP,   C/O Rushmore Loan Management Services,   P.O. Box 52708,
                 Irvine, CA 92619-2708,   MTGLQ Investors, LP,
                 C/O Rushmore Loan Management Services 92619-2708
517747280       Mercer County Special Civil Part,   175 South Broad Street 1ST FL,   PO Box 8068,
                 Trenton, NJ 08650-0068
517747281      +New Jersey Division of Taxation,   P.O. Box 046,   Trenton, NJ 08646-0046
517747283      +Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Road Suite 100,
                 Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 00:11:17     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 00:11:15     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517747271       EDI: BANKAMER.COM Nov 23 2019 04:58:00     Bk Of Amer,   Po Box 982238,   El Paso, TX 79998
517747273       EDI: CAPITALONE.COM Nov 23 2019 04:58:00     Capital One,   15000 Capital One Dr,
                 Richmond, VA 23238
517824188       EDI: CAPITALONE.COM Nov 23 2019 04:58:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
517747274      +EDI: CHASE.COM Nov 23 2019 04:58:00     Chase Card,   Po Box 15298,   Wilmington, DE 19850-5298
517747275      +EDI: CITICORP.COM Nov 23 2019 04:58:00     Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
517757234       EDI: DISCOVER.COM Nov 23 2019 04:58:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
517747276      +EDI: DISCOVER.COM Nov 23 2019 04:58:00     Discover Fin Svcs Llc,   Po Box 15316,
                 Wilmington, DE 19850-5316
517816428       EDI: IRS.COM Nov 23 2019 04:58:00     IRS,   POB 7346,   Philadelphia, PA  19101-7346
517868982       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 00:17:15
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517793456      +EDI: AGFINANCE.COM Nov 23 2019 04:58:00     OneMain,   PO Box 3251,   Evansville, IN 47731-3251
517747282      +EDI: AGFINANCE.COM Nov 23 2019 04:58:00     Onemain,   Po Box 1010,   Evansville, IN 47706-1010
518239116       EDI: PRA.COM Nov 23 2019 04:58:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
518239117       EDI: PRA.COM Nov 23 2019 04:58:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
517862888       EDI: PRA.COM Nov 23 2019 04:58:00     Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,   POB 41067,   Norfolk VA 23541
517873076       EDI: PRA.COM Nov 23 2019 04:58:00     Portfolio Recovery Associates, LLC,   c/o LORD&TAYLOR,
                 POB 41067,   Norfolk VA 23541
517875909       EDI: PRA.COM Nov 23 2019 04:58:00     Portfolio Recovery Associates, LLC,
                 c/o Sears Mastercard,   POB 41067,   Norfolk VA 23541
517747284      +EDI: SEARS.COM Nov 23 2019 04:58:00     Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
517747285      +EDI: RMSC.COM Nov 23 2019 04:58:00     Syncb/jcp,   Po Box 965007,   Orlando, FL 32896-5007
517751100      +EDI: RMSC.COM Nov 23 2019 04:58:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
517747287       EDI: WFFC.COM Nov 23 2019 04:58:00     Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701
517747286       EDI: WFFC.COM Nov 23 2019 04:58:00     Wells Fargo,   PO Box 77053,
                 Minneapolis, MN 55480-7753
517812433       EDI: WFFC.COM Nov 23 2019 04:58:00     Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,   Des Moines, IA 50306-0438
517879334       EDI: WFFC.COM Nov 23 2019 04:58:00     Wells Fargo USA Holdings, Inc.,
                 c/o Wells Fargo Bank, N.A., as servicer,   Default Document Processing,   N9286-01Y,
                 1000 Blue Gentian Road,   Eagan, MN 55121-7700
517747288      +EDI: WFFC.COM Nov 23 2019 04:58:00     Wf Crd Svc,   3201 N 4th Ave,
                 Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 26
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517747278*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   44 South Clinton Ave.,
                 Trenton, NJ 08601)
517747279*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   P.O. Box 9052,   Andover, MA 01810)
517850290*      IRS,   POB 7346,   Philadelphia, PA  19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Nov 22, 2019
                              Form ID: 148             Total Noticed: 34


           ***** BYPASSED RECIPIENTS (continued) *****
517869615*       IRS,   POB 7346,   Philadelphia, PA   19101-7346
517747277*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Craig Scott Keiser    on behalf of Creditor    WELLS FARGO USA HOLDINGS, INC.
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO USA HOLDINGS, INC. nj.bkecf@fedphe.com
              Robert   Davidow    on behalf of Creditor    WELLS FARGO USA HOLDINGS, INC. nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Debtor Jean L Withers rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Joint Debtor John L Withers rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                              TOTAL: 9
```